UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

State of Rhode Island Department
of Environmental Management,
Plaintiff

VS.

CA No. 06-

CA 06 177 T

Vessel NAUTILUS, Registration Number
658969, her engines, tackle and
appurtenances, etc.,
In Rem,
Defendant

and

NAUTILUS, INC.

In Personam,
Defendant

PLAINTIFF'S MOTION FOR THE ARREST OF THE DEFENDANT VESSEL

Now comes the State of Rhode Island Department of Environmental Management, Plaintiff in the above captioned matter, and hereby moves this Honorable Court pursuant to Rule C(3) of the Supplement Rules For Certain Admiralty and Maritime Claims, for a Warrant For the Arrest by the United States Marshal of Defendant Vessel Nautilus, Registration Number 658969, her engines, tackle, and appurtenances and equipment of every nature and description appertaining to and belonging thereto. In support of the instant motion, Plaintiff respectfully refers the Court to the accompanying supporting memorandum.

2

State of Rhode Island Department
of Environmental Management,
By its Attorney,

Gary Powers RI Bar#2321
Deputy Chief Legal Counsel
Office of Legal Services
4808 Tower Hill Road
Wakefield, RI 02879
(401) 782-4765 (Telephone)
(401) 783-4460 (Fax)

## CERTIFICATION

I hereby certify that I caused a true copy of the PLAINTIFF'S MOTION FOR THE ARREST OF THE DEFENDANT VESSEL to be forwarded by regular mail, postage prepaid/hand delivered to Defendant Corporate Owner 's Registered Agent For Service David A. Dowdell, 259 Pond Street, Wakefield, RI 02880 on this 19th day of April, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| State of Rhode Island Department of Environmental Management, Plaintiff | |
| VS. | CA No. 06- |
| Vessel NAUTILUS, Registration Number 658969, her engines, tackle and appurtenances, etc., In Rem, Defendant | CA 06 177T |
| and | |
| NAUTILUS, INC. | |
| In Personam, Defendant | |

MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR THE ARREST OF THE DEFENDANT VESSEL

The Plaintiff State of Rhode Island Department of Environmental Management (the "Plaintiff") has applied pursuant to Rule C(3) of the Supplement Rules For Certain Admiralty and Maritime Claims, for a Warrant For the Arrest by the United States Marshall of Defendant Vessel Nautilus, Registration Number 658969, her engines, tackle, and appurtenances and equipment of every nature and description appertaining to and belonging thereto.

In support of its motion, Plaintiff shows the Court, and relies upon the facts averred in the verified Complaint filed contemporaneously hereto. The verified Complaint amply demonstrates that the defendant vessel is indebted to the Plaintiff

State of Rhode Island for the following:

the sum of Twelve Thousand One Hundred Eighty Three Dollars and Nineteen Cents ($12,183.19) for wharfage fees calculated at the rate of Two Hundred Eighty Three Dollars and Thirty Three Cents Four Thousand Nine Hundred Forty ($4,940.) Dollars for unpaid wharfage fees at the State Pier located at Narragansett, Rhode Island.

On the basis of the above, Plaintiff prays that its Motion For the Arrest of Defendant Vessel Hunter by the United States Marshal be granted.

State of Rhode Island Department
of Environmental Management,
By its Attorney,

Gary Powers RI Bar#2321
Deputy Chief Legal Counsel
Office of Legal Services
4808 Tower Hill Road
Wakefield, RI 02879
(401) 782-4765 (Telephone)
(401) 783-4460 (Fax)

CERTIFICATION

I hereby certify that I caused a true copy of the MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR THE ARREST OF THE DEFENDANT VESSEL to be forwarded by regular mail, postage prepaid/hand delivered to Defendant Corporate Owner 's Registered Agent For Service David A. Dowdell, 259 Pond Street, Wakefield, RI 02880 on this 19th day of April, 2006.