UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

State of Rhode Island Department of
Environmental Management,
Plaintiff

vs

Vessel NAUTILUS Registration Number
658969, her engines, tackle and
appurtenances, etc
In Rem Defendant

[illegible] 06 177 T

and

NAUTILUS, INC
In Personam
Defendant

**WARRANT IN REM**
**FOR THE ARREST OF THE DEFENDANT VESSEL**

The President of the United States of America to the Marshal of the United States for the District of Rhode Island - Greeting

A Complaint has been filed in the United States District Court for the District of Rhode Island on April 19, 2006 by the State of Rhode Island Department of Environmental Management (the Plaintiff) against the vessel NAUTILUS, Official Number 658969, alleging a debt for wharfage, in which the amount demanded is $ 12,183 19, Twelve Thousand one Hundred Eighty Three 19/100 for reasons and causes in the complaint mentioned, and requesting the usual process of the court in that behalf be made. Plaintiff requests that all persons interested in the vessell, her engines, tackle, machinery, apparel and all her other appurtenances and equipment of every nature and description appertaining to

and belonging thereto, may be cited in general and special to answer the premises, and all proceedings being had that the vessel, her engines, tackle, machinery, apparel and all her other appurtenances and equipment of every nature and description appertaining to and belonging thereto, may for causes in the complaint mentioned, be condemned and sold to pay the demands of plaintiff.

You are commanded to attach the vessel, her engines, tackle, machinery, apparel and all her other appurtenances and equipment of every nature and description appertaining to and belonging thereto, and to retain the vessel, her engines, tackle, machinery, apparel and all her other appurtenances and equipment of every nature and description appertaining to and belonging thereto, in you custody until order of the court respecting such vessel, her engines, etc.

And what you shall have done in the premises do you then and there make return thereof, together with this writ.

**Witness, the Honorable** ____ USMJ
**Judge of the Court, at the City of Providence, District of Rhode Island**

**On** 4/19/06

Paula Farrell Plettenberg
**Clerk**

**Presented By:**

**Gary Powers, RI Bar # 2321**
**235 Promenade Street**
**Providence, RI 02903**
**401-277-6607**
**401-274-7337 (fax)**