UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND,
DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT,
plaintiff

v. C.A. No. 06-177T

VESSEL NAUTILUS,
defendant

**ORDER OF DISMISSAL**

Since it appears that all fees and fines have been paid in full and further, since Plaintiff R.I. Department of Environmental Management has taken no further action in the matter, it is hereby ordered that the above-referenced action is dismissed.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 4/26/07